IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

ALVIN L. EWING, II,

      Defendant.

Case No. 14-CR-40084-SMY

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant's Motion for Discovery (Doc. 28). Defendant's motion is in violation of this Court's Order Regarding Pre-trial Discovery and Motion Practice entered in this case on October 14, 2014. (Doc. 11). District Courts across this Circuit have adopted local rules and/or standard pre-trial orders in criminal cases regarding discovery practice that mirror these requirements. See, e.g. *United States v. Finley*, 708 F.Supp. 906 (N.D. Ill. 1989). "Strict compliance" with these requirements is routinely enforced "to facilitate the efficient use of judicial resources" and "to limit the needless filing of discovery motions as well as to effectuate the United States Attorney's 'open file' policy." *Finley*, 708 F.Supp. at 916 Motions that fail to comply with these requirements should be stricken or denied. See also *United States v. Reed*, 2 F.3d 1441 (7th Cir. 1993) (SDIL case in which defendant's pre-trial motion for independent testing properly denied by district court where defendant failed to comply with Order for Pretrial Discovery and Inspection). Accordingly, the Clerk of Court is DIRECTED to Strike Defendant's Motion for Discovery. (Doc. 28).

**IT IS SO ORDERED.**
     **DATED:    February 10, 2015**

                                /s/   Staci M. Yandle
                                **STACI M. YANDLE**
                                **DISTRICT JUDGE**